UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDNA M. SILVA,

        Plaintiff,

-vs-                                Case No.  2:07-cv-517-FtM-34SPC

K. HOVNANIAN FIRST HOMES, LLC  d/b/a
FIRST HOME BUILDERS OF FLORIDA, KIRBY
LOTTRIDGE, BUSEY BANK, FIRST HOME
TITLE, LLC d/b/a FIRST HOME TITLE,
BUILDERS MORTGAGE COMPANY, LLC and
WELLS FARGO BANK, N.A.

        Defendants.
_____

## REPORT AND RECOMMENDATION

      This matter comes before the Court on on Busey Bank's Motion to Quash Service of Process (Doc. #3) filed on August 15, 2007.  No response was filed by the Plaintiff and the time to do so has now expired.  Therefore, the Court will address the Motion without the benefit of the Plaintiff's response.

      The Plaintiff filed suit in the Circuit Court for the 20th Judicial Circuit in and for Lee County, Florida.  The Defendant had the case removed to the United States District Court for the Middle District of Florida on August 15, 2007.  The Plaintiff's Complaint arises out of a loan issued by Busey Bank for the purchase of a house from First Home Builders for $219,274.00.  The Plaintiff served Corporation Service Company the registered agent for Busey Bank.  However, Busey Bank, which has its principal offices in Urbana, Illinois did not engage in the financial transaction with the Plaintiff.  Busey Bank, N.A., is a federally charted national bank with its principle office in Lee County, Florida, and is the financial institution that engaged in the loan transaction with the Plaintiff.  Corporation

Service Company is not the registered agent for Busey Bank, N.A. the real party of interest in this case. The Defendant, therefore, moves to quash the service of process on Busey Bank as it was served upon the wrong financial institution.

Pursuant to Pursuant to Fed R. Civ. P. 4(h), service upon a corporation is effected when:

> [u]nless otherwise provided by federal law, service upon a domestic or foreign corporation or upon a partnership or other unincorporated association that is subject to suit under a common name and from which a waiver of service has not been obtained and filed, shall be effected:
>
> (1) in a judicial district of the United States in the manner prescribed for individuals by subdivision (e)(1), or by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute to receive service and the statute so requires, by also mailing a copy to the defendant. . .

The Florida Rules of Civil Procedure state that "at the time of personal service of process a copy of the initial pleading shall be delivered to the party upon whom service is made." Fla. R. Civ. P. 1.070. A corporation may be served by serving process on the president, vice president, the cashier, treasurer, secretary, general manager, any director, any officer or business agent residing in the state. Fla. Stat. § 48.081(1)(a-d).

In this instance, the service of process was made upon Corporation Service Company. Corporation Service Company is not the registered agent for Busey Bank and therefore, service was not properly effected under Florida law. As such, it is respectfully recommended the Motion to Quash should be granted and the Plaintiff be given the opportunity to perfect service upon the proper party.

Accordingly, it is now

**RESPECTFULLY RECOMMENDED:**

The Defendant Busey Bank's Motion to Quash Service of Process (Doc. #3) should be **GRANTED**. The Plaintiff should be given additional time to perfect service, in accord with Florida law, on the proper financial institution.

**Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.**

**RESPECTFULLY RECOMMENDED** at Fort Myers, Florida, this  6th day of September, 2007.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record