UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDNA M. SILVA,

            Plaintiff,

vs.                                    Case No.  2:07-cv-517-FtM-29SPC

K. HOVNANIAN FIRST HOMES, LLC  d/b/a
FIRST  HOME  BUILDERS  OF  FLORIDA,
KIRBY LOTTRIDGE, BUSEY BANK, FIRST
HOME TITLE, LLC d/b/a FIRST HOME
TITLE, BUILDERS MORTGAGE COMPANY,
LLC and WELLS FARGO BANK, N.A.

            Defendants.
_____

**ORDER**

    This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #18), filed September 6, 2007, recommending that defendant Busey Bank's Motion to Quash Service of Process (Doc. #3), originally filed in state court before removal, be granted and plaintiff be provided additional time to perfect service of process.  No objections have been filed and the time to do so has expired.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9

(11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #18) is hereby **accepted** and Busey Bank's Motion to Quash Service of Process (Doc. #3) is **GRANTED**.

2. Plaintiff has **THIRTY (30) DAYS** from the date of this Order to perfect service of process.

**DONE AND ORDERED** at Fort Myers, Florida, this   26th   day of September, 2007.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge
Counsel of Record