UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDNA M. SILVA,

                Plaintiff,

vs.                      Case No.   2:07-cv-517-FtM-29SPC

K. HOVNANIAN FIRST HOMES, LLC  d/b/a
FIRST HOME BUILDERS OF FLORIDA,
KIRBY LOTTRIDGE, BUSEY BANK, FIRST
HOME TITLE, LLC d/b/a FIRST HOME
TITLE, BUILDERS MORTGAGE COMPANY,
LLC and WELLS FARGO BANK, N.A.

                Defendants.
_____

**OPINION AND ORDER**

    This matter is before the Court on consideration of the United States Magistrate Judge's Report and Recommendation (Doc. #43), filed October 18, 2007, recommending that defendant Busey Bank N.A.'s Second Motion to Quash (Doc. #26) be denied.  No objections have been filed and the time to do so has expired.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. §

636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge and finds that service of process was proper.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation is hereby **adopted** and defendant Busey Bank N.A.'s Second Motion to Quash (Doc. #26) is **DENIED.**

2. Defendant Busey Bank shall answer or otherwise respond to the Complaint within **TEN (10) DAYS** of this Order.

**DONE AND ORDERED** at Fort Myers, Florida, this __6th__ day of November, 2007.

_____
JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Counsel of Record
Unrepresented parties